1  Cynthia R. Scully, State Bar No. 145356
   P.O. Box 21045
2  Bakersfield, California 93390
   Telephone: (661) 665-8802
3  Facsimile: (661) 665-8802
   email: cindylaw01@aol.com
4

5  Attorney For Defendant,
   Professional Realty Management,
6  a California general partnership,
   Thomas Meeks and Joshua Howells
7
            **UNITED STATES DISTRICT COURT**
8            **EASTERN DISTRICT OF CALIFORNIA**
                  **FRESNO DIVISION**
9
                       *******
10

11 EDUCATIONAL CREDIT MANAGEMENT )   **Case No. 1:07-CV-01229-OWW-SMS**
   CORPORATION                  )
                                )
12           Plaintiff(s),      )
   vs                           )   **STIPULATION TO DISMISS**
13                              )   **ENTIRE ACTION, AS TO ALL**
   PROFESSIONAL REALTY          )   **PARTIES WITH PREJUDICE AND**
14 MANAGEMENT, a California     )   **ORDER THEREON**
   general partnership,         )
15 THOMAS MEEKS, an individual, )
   and JOSHUA HOWELLS, an       )
16 individual,                  )
                                )
17           Defendants.        )
                                )
18 _____)

19      Plaintiff, Educational Credit Management Corporation, by and

20 through its attorney of record, Scott A. Schiff of Soukup &

21 Schiff, LLP, and defendants, Professional Realty Management,

22 Thomas Meeks and Joshua Howells, by and through their attorney of

23 record, Cynthia R. Scully, hereby stipulate and agree to dismiss

24 this action, as to all parties, with prejudice and all parties

25 shall bear their own costs, expenses and attorneys' fees.

26

27

28 **SIGNATURES TO FOLLOW ON NEXT PAGE:**

ECMC vs PRM Stipulation To Dismiss

**SOUKUP & SCHIFF, LLP**

Dated: November __, 2007

By_____
SCOTT A. SCHIFF, Attorney for Plaintiff, Educational Credit Management Corporation

**LAW OFFICE OF CYNTHIA SCULLY**

Dated: November __, 2007

_____
CYNTHIA R. SCULLY, Attorney for Defendants, Professional Realty Management, Thomas Meeks and Joshua Howells

**ORDER**

**IT IS HEREBY ORDERED THAT THIS CASE IS DISMISSED, WITH PREJUDICE, AS TO ALL PARTIES AND ALL PARTIES SHALL BEAR THEIR OWN COSTS, EXPENSES AND ATTORNEYS' FEES.**

IT IS SO ORDERED.

**Dated:   November 26, 2007            /s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE